FILED
CLERK, U.S. DISTRICT COURT
AUG -9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 16-1587M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Salvador Vasquez Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern District of California_, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Defendant submits to detention. Lack of bail resources. No stable employment_

1
2
3       and/or
4  B.   ☒ The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7       finding is based on ___Defendant submits to detention.___
8       ___Prior criminal history.___
9
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __8/9/2016__              _____[signature]_____
17                                   ALEXANDER F. MACKINNON
                                     UNITED STATES MAGISTRATE JUDGE